**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
PIKEVILLE DIVISION**

IN RE:

| | |
|---|---|
| **ANTHONY A. DEGUZMAN** | **CASE NO. 15-70051** |
| **DEBTOR** | **CHAPTER 7** |

**ORDER TO DEPOSIT FUNDS INTO REGISTRY**

WHEREAS, L. Craig Kendrick, Trustee in Bankruptcy, has moved for authorization to deposit unclaimed funds into the United States Treasury, the Court seeing no reason for delay, and in all ways sufficiently advised,

IT IS HEREBY ORDERED AND ADJUDGED, that the Trustee is authorized to deposit $3,675.00, representing the full amount of unclaimed funds of the Estate, into the United States Treasury.

**Pursuant to Local Rule 9022-1(c), L. Craig Kendrick shall cause a copy of this Order to be serviced on each of the parties designated to receive this Order pursuant to Local Rule 9022-1(a) and shall file with the court of a certificate of service of the Order upon such parties within ten (10) days hereof.**

Office of the U.S. Trustee
Ustpregion08.lx.ecf@usdoj.gov

Anthony A. Deguzman
309 Broadway Street
Paintsville, KY 41240

Roger Toyray Adams, Esq.
Toyrayadamsbakruptcynotices@yahoo.com

---

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



Signed By:
*Gregory R. Schaaf*
**Bankruptcy Judge**
**Dated: Thursday, January 03, 2019**
**(grs)**